1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

STEPHANIE DELZER, on behalf of
her minor children C.O.D.1 and
C.O.D.2,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Case No. SA CV 12-94 GW (MRW)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

20

21

22

23

24

      Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

25

26

27

28

1    IT IS ORDERED that Judgment be entered in favor of Defendant.

2

3

4    DATE: June 21, 2016    _____

5                            HON. GEORGE W. WU
                             UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28